UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIANE YAPI,

Plaintiff,

– against –

ADENRELE ADEYEYE,

Defendant.

**ORDER**

24-cv-01757 (ER)

RAMOS, D.J.:

The Court will hold a telephonic conference on July 31, 2024, at 10:30 a.m.  The parties are directed to dial 877-411-9748 and enter access code 3029857# when prompted.

The Clerk of Court is respectfully directed to mail a copy of this order to Adeyeye.

SO ORDERED.

Dated:    July 17, 2024
          New York, New York

_____
Edgardo Ramos, U.S.D.J.