UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE YAPI,

                Plaintiff,

– against –

ADENRELE ADEYEYE,

                Defendant.

**ORDER**

24-cv-01757 (ER)

Ramos, D.J.:

      Christine Yapi, proceeding *pro se*, filed this action on March 5, 2024, and she amended her complaint on June 21, 2024. Docs. 1, 9. On July 15, 2024, Adenrele Adeyeye, also proceeding *pro se*, filed both an answer to the amended complaint as well as a motion to dismiss. Docs. 14, 15. The Court denied the motion to dismiss on July 31, 2024. *See* Min. Entry dated July 31, 2024. On August 12, 2024, the Court set a Civil Case Discovery Plan and Scheduling Order, with a deadline of January 31, 2025 for the completion of discovery. Doc. 19.

      On January 13, 2025, Adeyeye filed a letter with the Court requesting permission to submit recordings from his cellphone to the Court, which he alleges would establish that Yapi is making false allegations in this case. Doc. 22.

      While it would not be appropriate to submit evidence to the Court at this juncture, Adeyeye will be free to submit the evidence in support of substantive motions the parties may make to the Court after the close of discovery.

2

It is SO ORDERED.

Dated:   January 16, 2025
            New York, New York

_____
EDGARDO RAMOS, U.S.D.J.