UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE YAPI,

                Plaintiff,

– *against* –

ADENRELE ADEYEYE,

                Defendant.

**ORDER**

24-cv-01757 (ER)

Ramos, D.J.:

    Ms. Yapi is granted leave to appear by telephone at the conference presently scheduled for March 5, 2025, at 11 a.m.  The Court will provide her with dial-in information by email.  Mr. Adeyeye is directed to appear in person at the United States Courthouse, 40 Centre Street, New York, New York 10007, Courtroom 619.

It is SO ORDERED.

Dated:   March 3, 2025
           New York, New York

                                                                EDGARDO RAMOS, U.S.D.J.