UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE YAPI,

                                Plaintiff,

                    – *against* –

ADENRELE ADEYEYE,

                                Defendant.

**ORDER**

24-cv-01757 (ER)

Ramos, D.J.:

        Ms. Yapi filed a motion for summary judgment on April 16, 2025.  Doc. 27.  Mr. Adeyeye submitted his response on May 9, 2025.  Doc. 28.  Ms. Yapi's reply was due on May 28, 2025, however to date, she has not filed it.

        Separately, although Ms. Yapi's April 16 motion references three exhibits, *see* Doc. 27 at 3, it appears that none were submitted with the motion.  On May 12, 2025, the Court emailed Ms. Yapi instructing her to submit the exhibits to Pro Se Intake.

        Finally, in his May 9 response, Mr. Adeyeye makes reference to various specific voice messages and texts exchanged between Ms. Yapi and himself.  However, he did not submit the actual communications or transcripts.

        In evaluating the motion, the Court must take into consideration the evidence which the parties are relying on in arguing for or against summary judgment, so long as the parties exchanged that evidence during the discovery process.  Therefore, the Court orders as follows:

1. Ms. Yapi may file a reply to Mr. Adeyeye's submission by July 25, 2025.  If Ms. Yapi does not file a reply by July 25, 2025, the summary judgment motion will be deemed fully briefed, and the Court will issue an opinion based only on the papers that have been filed.

2. By July 25, 2025, Ms. Yapi should submit to Pro Se Intake, Exhibits 1, 2, and 3 to the motion for summary judgment, as indicated in the Court's email sent on Ms. Yapi on May 12, 2025.

3. Ms. Yapi and Mr. Adeyeye are directed to file with the Court any voice messages, texts, discovery questions and responses, and any other evidence from discovery that they are relying on in the summary judgment papers, by July 25, 2025.

It is SO ORDERED.

Dated:    July 10, 2025
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.