UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHRISTIANE YAPI :

: ORDER GRANTING FULL SCOPE PRO BONO COUNSEL

Plaintiff, : 24 Civ. 1757 (ER) (GWG)

:

-v.-

:

ADENRELE ADEYEYE :

Defendant. :

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

Discovery has closed in this case and the case is ready for trial. The pro se Plaintiff in this matter, who is proceeding in forma pauperis, has made an oral application for the Court to request a free attorney (a "pro bono" attorney). The application meets the factors set forth in Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), and thus the Court grants the request.

Under the Court's Standing Order regarding the Creation and Administration of the Pro Bono Fund (16-MC-0078), a pro bono attorney may apply to the Court for reimbursement of certain out-of-pocket expenses spent in furtherance of Plaintiff's case. The Pro Bono Fund is especially intended for attorneys for whom pro bono service is a financial hardship. See https://nysd.uscourts.gov/forms/pro-bono-fund-order.

Upon the filing by the pro bono attorney of a Notice of Completion, the representation by pro bono attorney of Plaintiff in this matter will terminate, and the pro bono attorney will have no further obligations or responsibilities to Plaintiff or to the Court in this matter.

CONCLUSION

In sum, Plaintiff's Application for the Court to Request Counsel is granted. The Court directs that the Clerk of Court seek a pro bono attorney to enter a notice of appearance in the above-captioned action.

The Court advises Plaintiff that the process for securing pro bono representation can be lengthy. Thus, some time may pass before a litigant is contacted by an attorney. The Court expects that the Plaintiff will respond promptly to any outreach by a volunteer attorney seeking to discuss possible pro bono representation. As the Court relies on volunteers, there is no guarantee that a volunteer attorney will decide to take the case or that, should the services of the volunteer be declined, the court will locate another. In either instance, plaintiff should be

prepared to proceed with the case pro se.

SO ORDERED.

Dated: July 27, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge